# United States District Court
# Eastern District of California

Michael Contreras Rojas

Plaintiff(s)

V.

ICE Field Office Director Sergio Albarran; ICE Acting Director Todd Lyons; DHS Secretary Markwayne Mullin; U.S. Attorney General Todd Blanche; California Detention Center Warden Christopher Chestnut.

Defendant(s)

Case Number: 1:26-cv-09186-DC-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nochomovitz, Lara S. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Michael Contreras Rojas

On 12/12/2026 (date), I was admitted to practice and presently in good standing in the Ohio Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/06/2026

Signature of Applicant: /s/ Lara S. Nochomovitz

**Pro Hac Vice Attorney**

Applicant's Name: Nochomovitz, Lara S.

Law Firm Name: LSN Legal LLC

Address: 118 Partridge Ln

City: Chagrin Falls State: OH Zip: 44022

Phone Number w/Area Code: (303) 362-3890

City and State of Residence: Shaker Heights, OH

Primary E-mail Address: lara@lsnlegal.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Inna Parizher

Law Firm Name: Law Office of Inna Parizher

Address: P.O. Box 43097

City: Los Angeles State: CA Zip: 90043

Phone Number w/Area Code: (310) 630-9499 Bar # 270582

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/9/2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE